UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KERRY M. COUGHLIN, | Case No. C11-247-TSZ-JPD |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 19.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. Accordingly, upon remand, the ALJ shall conduct a new hearing, further develop the record and issue a new decision; re-evaluate and further develop the medical evidence or record; re-evaluate the evidence from Roz Boyd, LMHC; re-evaluate step two and step three of the sequential evaluation process, if necessary; re-evaluate plaintiff's credibility; re-evaluate plaintiff's RFC; and re-evaluate steps four and five with the assistance of a vocational expert, if necessary.

REPORT AND RECOMMENDATION
PAGE - 1

Upon proper application, the Court will consider whether reasonable attorney's fees should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

A proposed order accompanies this Report and Recommendation.

DATED this 15th day of July, 2011.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge